## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN FINLEY, | : | CIVIL ACTION |
| vs. | : | NO. 23-4691 |
| TEMPLE UNIVERSITY. | : | |

### ORDER

**AND NOW, TO WIT:** This 28th day of January, 2025, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

            **GEORGE WYLESOL**, Clerk of Court


            **BY:** */s/ Katie Rolon*
               Katie Rolon, Deputy Clerk
               To the Honorable Gerald J. Pappert


Copies Mailed on 1/28/25 to:
 David M. Koller, Esq.
 Danielle Banks, Esq.
 Melissa Lynn Perry, Esq.


Civ 2 (7/83)

41.1(b)